**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Robin Gayle Callahan<br><br>    Debtor<br>Litton Loan Servicing LP as servicer for<br>Deutsche Bank National Trust Company, As<br>Indenture Trustee of the Aames Mortgage<br>Investment Trust 2005-1,    Movant,<br>vs.<br>Robin Gayle Callahan, Debtor / Respondent,<br>and<br>Frederick Reigle, Esquire, Trustee,<br>    Trustee / Respondent. | Chapter 13<br><br>Case No.: 10-14061-sr<br><br>Hearing Date: December 8, 2010<br>Time: 10:00 am<br>Location: Courtroom 4 |

### REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Debtor(s):

1.    The Debtor, Robin Gayle Callahan, admit/(s) that the mortgage obligation is due for the July 1, 2010 payment.

2.    The Debtor, Robin Gayle Callahan, admit/(s) that to the best his/her/their knowledge, information and belief, that the obligations due from July 1, 2010, totals $5,765.95 and includes and is comprised of the following sums:

(A)    The account is presently due for the July 1, 2010 through November 1, 2010 post petition payments representing installment payments of $1,119.17 per month.
(B)    Movants's attorney fees and costs incurred for filing the instant motion at $800.00.

                                      Respectfully submitted,
                                      MILSTEAD & ASSOCIATES, LLC

DATED: November 10, 2010          /s/Jill Manuel-Coughlin
                                                    Jill Manuel-Coughlin, Esquire
                                                    Attorney ID No. 63252
                                                    Woodland Falls Corporate Park
                                                    220 Lake Drive East, Suite 301
                                                    Cherry Hill, NJ 08002
                                                    (856) 482-1400
                                                    Attorneys for Movant